UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JOSHUA AARON BELL,              )
                               )
        Plaintiff,             )
                               )
    v.                         )    Case No. 4:05CV1225 HEA
                               )
JEFFERSON COUNTY, et al.,       )
                               )
        Defendants.            )

## OPINION,  MEMORANDUM AND ORDER

This matter is before the Court on the remaining defendant, Darin Kerwin's

Motion to Dismiss [Doc. No. 14].  Plaintiff has not responded to the motion.  For

the reasons set forth below, the motion is granted.

On December 13, 2005, this Court dismissed defendant Jefferson County.

The remaining defendant filed this motion on June 13, 2006 seeking dismissal

because plaintiff has to date failed to comply with this Court's Order of May 5,

2006.  This Order required plaintiff to identify those persons with knowledge of the

incident alleged in the Complaint and a description of relevant documents.  The

Order also stated that failure to disclose may result in dismissal.

A review of the docket sheet in this matter establishes Orders from the Court

have been returned as "refused."  In light of plaintiff's failure to respond to the

motion, his failure to comply with the Court's Case Management Order and his

failure to keep the Court advised of his proper address, the Court will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to dismiss [Doc. No. 14] is granted.

**IT IS FURTHER ORDERED** that this matter is dismissed, without prejudice.

Dated this 5th day of July, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE